UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY HAMILTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1311** |
| **JACK STRAIN, SHERIFF, ET AL** | **SECTION "S"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Johnny Hamilton's Title 42 U.S.C. § 1983 complaint against the defendants, Sheriff Rodney Jack Strain, Jr., Warden Marlin Peachey, Assistant Warden Gregory Longino, Dr. Batt, Dr. Campbell, Nurse Wilbon, and the entire medical staff at the STPJ is

**DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).[1]

New Orleans, Louisiana, this \_\_\_\_21st\_\_\_ day of June, 2006.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**

---

[1] Although the magistrate judge recommended that plaintiff's claims be dismissed with prejudice, the Fifth Circuit has held that a dismissal under Rule 41(b) should be without prejudice unless there is a "clear record of delay and contumacious conduct by the plaintiff." *Sealed Appellant v. Sealed Appellee*, 2006 WL 1586633, at *1 (5th Cir. June 12, 2006). Because the record does not demonstrate delay and contumacious conduct, plaintiff's claims are dismissed without prejudice.